UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PERRY CUTTINO,

         Plaintiff,

v.

DUTCHESS COMMUNITY COLLEGE
ASSOCIATION, INC. ("DCCA"), DUTCHESS
COMMUNITY COLLEGE, PAMELA
EDINGTON, BRIDGETTE ANDERSON, and
JANE DOES 1 THROUGH 10,

         Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 3850 (VB)

Defendants having moved to dismiss the amended complaint (Docs. ##33, 41), it is HEREBY ORDERED:

    1.    Defendant DCCA's motion to dismiss is DENIED.  (Doc. #33).

    2.    Defendants'—Dutchess Community College, and Pamela Edington and Bridgette Edington, in both their official and individual capacities—motion to dismiss is DENIED.  (Doc. #41).

    3.    By separate order, the Court will schedule an initial conference in this case for May 13, 2020, at 3:00 p.m., at which time the Court will issue a bench ruling explaining the basis for its decision.

    4.    The Clerk is instructed to terminate the motions.  (Docs. #33, 41).

Dated: April 13, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge