UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PERRY CUTTINO, :
                Plaintiff, :
 :
v. :
 :
DUTCHESS COMMUNITY COLLEGE :
ASSOCIATION, INC., DUTCHESS :
COMMUNITY COLLEGE, PAMELA : **ORDER**
EDINGTON, in her corporate capacity as :
President of DCC and DCCA and member of : 19 CV 3850 (VB)
the DCC Board of Trustees & DCCA's Board of :
Directors, BRIDGETTE ANDERSON, in her :
official capacity as DCC's Associate Dean of :
the Administration-Campus Facilities & Safety, :
AND JANE DOES 1 THROUGH 10, :
                Defendants. :
--------------------------------------------------------------x

      On May 27, 2020, the Court so ordered the parties' proposed civil case discovery plan and scheduling order. (Doc. #63). The Order required the parties to provide a joint letter regarding settlement by August 27, 2020.

      To date, the parties have not submitted a letter to the Court regarding settlement.

      Accordingly, the Court <u>sua sponte</u> extends the parties' time to submit a joint letter to September 4, 2020. The parties are reminded of their obligation to comply with the Court's orders.

Dated: August 28, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge