UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PERRY CUTTINO,
              Plaintiff,

v.

DUTCHESS COUNTY COMMUNITY
COLLEGE ASSOCIATION, INC.;
DUTCHESS COUNTY COMMUNITY
COLLEGE; PAMELA EDINGTON;
BRIDGETTE ANDERSON; DUTCHESS
COUNTY, NEW YORK; and JOHN DOES 1-
10,
              Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 3850 (VB)

The status conference scheduled for today in this matter has been rescheduled to:

**December 10, 2020, at 9:30 a.m.** At the time of the scheduled conference the parties shall use the following information to connect by telephone:

    **Dial-In Number:** **(888) 363-4749 (toll free) or (215) 446-3662;**

    **Access Code: 1703567.**

Dated: December 3, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge