UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PERRY CUTTINO,

                    Plaintiff,

v.

DUTCHESS COUNTY COMMUNITY
COLLEGE ASSOCIATION, INC.;
DUTCHESS COUNTY COMMUNITY
COLLEGE; PAMELA EDINGTON;
BRIDGETTE ANDERSON; DUTCHESS
COUNTY, NEW YORK; and JOHN DOES 1-
10,

                    Defendants.

------------------------------------------------------------x

**ORDER**

19 CV 3850 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/20

        As discussed at a status conference held today in this matter and attended by counsel for all parties, it is hereby ORDERED:

        1.     All discovery shall be completed by **March 10, 2021**.

        2.     Defendants' request for a pre-motion summary judgment conference is DENIED without prejudice.  Defendants shall file any request for a pre-motion summary judgment conference, in accordance with the Court's individual practices, by **March 5, 2021**.

        3.     Plaintiff shall respond to any request for a pre-motion summary judgment conference, in accordance with the Court's individual practices, by **March 12, 2021**.

        4.     A status conference is scheduled for **March 19, 2021, at 3:00 p.m.**  At the time of the scheduled conference the parties shall use the following information to connect by telephone:

        **Dial-In Number:** **(888) 363-4749 (toll free) <u>or</u> (215) 446-3662;**

        **Access Code:** **1703567**.

5.      No extensions of any of deadlines set forth herein shall be granted.

Dated: December 10, 2020
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge