
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PERRY CUTTINO,
                  Plaintiff,

v.

DUTCHESS COUNTY COMMUNITY
COLLEGE ASSOCIATION, INC.;
DUTCHESS COUNTY COMMUNITY
COLLEGE; PAMELA EDINGTON;
BRIDGETTE ANDERSON; DUTCHESS
COUNTY, NEW YORK; and JOHN DOES 1-
10,
                  Defendants.
------------------------------------------------------------x

**ORDER**

19 CV 3850 (VB)

As discussed at a status conference held today in this matter and attended by counsel for all parties, it is HEREBY ORDERED:

1. Plaintiff's counsel must file any motion to withdraw as attorney of record, in accordance with Local Civil Rule 1.4, by **April 2, 2021**. Plaintiff's counsel must file his motion to withdraw as counsel of record on the docket. If appropriate, plaintiff's counsel may fax to chambers sensitive documents for in camera review.

3. All other deadlines are stayed pending the Court's resolution of plaintiff's counsel's forthcoming motion to withdraw as counsel of record.

5. The Court will not extend any deadlines set forth herein.

Dated: March 19, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge