UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PERRY CUTTINO,
                Plaintiff,

v.

DUTCHESS COUNTY COMMUNITY
COLLEGE ASSOCIATION, INC.;
DUTCHESS COUNTY COMMUNITY
COLLEGE; PAMELA EDINGTON;
BRIDGETTE ANDERSON; DUTCHESS
COUNTY, NEW YORK; and JOHN DOES 1-
10,
                Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 3850 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2021

       As discussed at a status conference in this matter, held on the record today and attended by the plaintiff and counsel for all parties, it is HEREBY ORDERED:

       1.       For the reasons stated on the record, plaintiff's request to reopen discovery is DENIED.

       2.       Defendants shall jointly file their motion for summary judgment by **June 7, 2021**.

       3.       Plaintiff's opposition to defendants' motion for summary judgment shall be filed by **July 7, 2021**.

       4.       Defendants shall jointly file their reply, if any, to plaintiff's opposition by **July 21, 2021**.

       5.       The Court will not extend any deadlines set forth herein absent good cause.

Dated: April 23, 2021
       White Plains, NY

                                SO ORDERED:

                                Vincent L. Briccetti
                                United States District Judge